# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| **v.** § § | **Cause No. EP:25-CR-01908-KC(1)** |
| **RAMON BENIGNO MANCINAS-RODRIGUEZ** § § | |

## ORDER REVOKING SUPERVISED RELEASE

On November 3, 2025, came to be considered the petition for revocation of supervised release in the above styled and numbered cause. The Defendant appeared in person by and through his counsel of record and the Government appeared by and through its Assistant United States Attorney. After hearing the evidence, the Court found that the defendant, **RAMON BENIGNO MANCINAS-RODRIGUEZ**, had violated the conditions of supervised release imposed by virtue of the judgment entered herein on February 6, 2024, in that he was convicted of a new offense of Illegal Re-entry and re-entered the United States without legal authorization in violation of a standard condition of his conditions of supervised release. The Court further found that continuing the defendant on supervised release would no longer serve the ends of justice, and that the petition for revocation of supervised release should be granted. It is therefore **ORDERED** that the petition for revocation of supervised release filed herein on August 6, 2025, be, and it is hereby, **GRANTED**.

It is further **ORDERED** that the supervised release of defendant **RAMON BENIGNO MANCINAS-RODRIGUEZ** be, and it is hereby, **REVOKED**.

It is further **ORDERED** that the defendant is hereby, committed to the custody of the Bureau of Prisons for a period of eighteen (18) months to run concurrently with the sentence imposed in EP-25-CR-1183-KC in the Western District of Texas, El Paso Division.

SIGNED this 4th day of November, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE